In the Matter of the Accounting of BANK OF NEW YORK, as Trustee under the Will of ELLA J. HOAGLAND, Deceased, Respondent. ELINOR G. CLENDENIN et al., Appellants; HOPEWELL SOCIETY OF BROOKLYN et al., Respondents.

Argued March 15, 1948; decided April 22, 1948.

*Thomas A. Ryan* for appellants.

*Albert W. Meisel* for Hopewell Society of Brooklyn et al., respondents.

*George W. Martin, Richard S. Emmet, John L. Merrill, Jr.,* and *Eunice M. O'Neill* for Bank of New York, respondent.

*Albert R. George* for Violet Tangeman Cottrell, respondent.

*Nathaniel L. Goldstein, Attorney-General (P. Hodges Combier* and *Wendell P. Brown* of counsel), for unknown beneficiaries, respondent.

*James N. Vaughan* and *Jeremiah P. Lyons* for Bank of New York, respondent.

*Peter Keber, C. Alexander Capron* and *Albert B. Maginnes* for State Bankers Association, *amicus curiæ,* in support of respondents' position.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.